

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 5, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2007

RECEIVED
SEP 0 6 2007
JUDGE CHIN'S CHAMBERS

**BY HAND DELIVERY**

Honorable Denny Chin
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007-1312

> Re:  United States v. Pritchett, et al.,
>       07 Cr. 472 (DC)

Dear Judge Chin:

Today's conference in the above-captioned case has been rescheduled to September 10. Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act through that date. Such an exclusion will enable the parties to continue discussions regarding a disposition and to review discovery. If Your Honor requires any additional information, please do not hesitate to contact me.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *William J. Stellmach*
William J. Stellmach
Assistant United States Attorneys
Telephone: (212) 637-2101

cc:  Andrew M. Berdon, Esq. (by facsimile)
     Aubrey Lees, Esq.
     Edgardo Ramos, Esq.
     Edward Wilford, Esq.

*[Handwritten endorsement:]* Approved. The time until 9/10/07 is excluded for speedy trial purposes, for the reasons set forth above. SO ORDERED.

USDJ 9/6/07